SAMUEL FASSLER, as Superintendent of Buildings of the Borough of Manhattan, Appellant, *v.* ALL WHITE WET WASH LAUNDRY, Inc., Respondent.

(Argued May 29, 1934; decided July 3, 1934.)

*Paul Windels, Corporation Counsel (Paxton Blair* and *Henry J. Shields* of counsel), for appellant.

*Jacob M. Mandelbaum* and *Henry B. Wilson* for respondent.

450

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.